■ In the Matter of AGNES McSTAY, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and JOHN T. HARRINGTON et al., Respondents.— Order entered August 25, 1961, unanimously affirmed, without costs. Leave to appeal to the Court of Appeals denied. Motion to dispense with printing granted.